IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 4:24-CR- 12 |
| | : | |
| MATTHEW AZOR | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(o) |
| | : | 18 U.S.C. § 933(a)(1) |
| | : | |
| Defendant. | : | |
| | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession of a Machinegun)

That on or about January 26, 2024, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MATTHEW AZOR,**

defendant herein, did knowingly possess a machinegun, that is: one (1) Glock model 17, 9x19mm caliber firearm, with an attached conversion device, bearing serial number: BFZY004, said firearm capable of firing automatically more than one shot by a single pull of the trigger; in violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

## COUNT TWO
### (Firearms Trafficking)

That on or about January 26, 2024, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MATTHEW AZOR,**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one (1) Glock model 17, 9x19mm caliber firearm, with an attached conversion device, bearing serial

number: BFZY004, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

A TRUE BILL.

s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

*MICHAEL Morrison, AUSA*
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11 day of June, 2024.

_____
Deputy Clerk